IN RE: SUYDAM                    CASE NO: 10-10253

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

**107**
60-249 / 433

AARON CAILLOUET, Trustee
401 MENARD STREET
THIBODAUX LA 70301

**VOID AFTER 90 DAYS**

Regarding

SUYDAM, KENNETH, SUYDAM, LINDA (10-10253 A)
92008812646566

TID # 380220

86-11365

COMBINED SMALL CHECK

Date    11/01/2010

$  ***********0.81

~~~NO Dollars and 81/100

Pay to the
Order of
Clerk, U.S. Bankruptcy Court
500 Poydras Street, Room B-601
New Orleans LA 70130

AARON CAILLOUET, Trustee

⑈00000107⑈ ⑈043302493⑈ 92008812646566⑈

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227842    - KW
* * C O P Y * *
November 05, 2010
10:38:08

UNC.UNDER$25
10-10253
Debtor.: KENNETH SUYDAM
Trustee: Aaron Caillouet
Amount.:        $0.81 CH
Check#.: 107

Total-> $0.81

FROM: CAILLOUET

11/5/10
DEPOSIT TO 106000
UNCLAIMED UNDER $25.00.
DUE: SEE LETTER

Printed: 11/01/10 10:02 AM

Page: 1

# Claims Distribution Small Checks

**Trustee: AARON CAILLOUET (380220)**

Case: 10-10253 - SUYDAM, KENNETH

| Account No. | Check No. | Issued Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| 92008812646566 | 107 | 11/01/10 | | Payee: | Clerk, U.S. Bankruptcy Court | | | | $0.81 |
| | | 2 | 05/12/10 | 610 | St. Charles Parish Hospital | 12.75 | 12.75 | 0.81 | 0.81 |
| | | | | | Check Amount: | | | | |

(*) Denotes objection to Amount Filed